USCA1 Opinion

 

 September 10, 1992 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 91-2280 CARLOS CUEVAS MORALES, Petitioner, Appellant, v. UNITED STATES OF AMERICA, Respondent, Appellee. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Juan M. Perez-Gimenez, U.S. District Judge] ___________________ ___________________ Before Breyer, Chief Judge, ___________ Campbell, Senior Circuit Judge, ____________________ and Cyr, Circuit Judge. _____________ ___________________ Carlos Wilfredo Cuevas-Morales on brief pro se. ______________________________ Daniel F. Lopez Romo, United States Attorney, and Warren ______________________ ______ Vazquez, Assistant United States Attorney, on brief for appellee. _______ __________________ __________________ Per Curiam. Appellant seeks to appeal a district court __________ judgment dismissing his motion, filed pursuant to 28 U.S.C. 2255. Appellant failed to file any objection to the magistrate's report and recommendation, however, and so is precluded from obtaining appellate review. Thomas v. Arn, ______ ___ 474 U.S. 140 (1985); United States v. Valencia-Copete, 792 _____________ _______________ F.2d 4, 6 (1st Cir. 1986). Appellant, who is now proceeding pro se, suggests that we ought not to penalize him for this failure of his counsel below. That indulgence, assuming we would grant it, however, avails appellant nothing. We have reviewed the record and the briefs on appeal and, were we to reach the merits, we would affirm essentially for the reasons stated in the Magistrate's Report and Recommendation, dated September 16, 1991. In short, appellant was not prejudiced by his counsel's failure. Appeal dismissed. _________________ -2-